

# In the United States Court of Federal Claims

No. 17-1177C
(Filed: May 8, 2018)

FILED
MAY - 8 2018
U.S. COURT OF
FEDERAL CLAIMS

*****************************

RICHARD COLEMAN,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

*****************************

## ORDER OF DISMISSAL

On November 1, 2017, Defendant filed a motion to dismiss in this matter. Plaintiff's response was due on November 29, 2017. On January 5, 2018, this Court ordered Plaintiff to file his response to Defendant's motion to dismiss by February 1, 2018. As of this date, Plaintiff has not filed any response.

On February 28, 2018, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute by March 30, 2018. As of this date, Plaintiff has not responded to this Court's order.

The Clerk is directed to dismiss this action for failure to prosecute.

MARY ELLEN COSTER WILLIAMS
Judge

7016 3010 0000 4308 4645